O'DWYER & BERNSTIEN
52 DUANE STREET
NEW YORK, N.Y. 10007
TELEPHONE: 212-571-7100

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY           08 CV 4255 (DLC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY            ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY              **ORDER TO SHOW CAUSE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF           **FOR DEFAULT**
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD       **JUDGMENT AND ORDER**
OF CARPENTERS AND JOINERS OF AMERICA FUND and
THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL
J. FORDE and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

                            Plaintiffs,

        -against-

ARMORED INC.,

                            Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/07

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 2nd day of June, 2008

and all of the proceedings had herein, let Defendant, Armored Inc., appear before Judge Denise

L. Cote at this Federal Courthouse, Courtroom 11B, located at 500 Pearl Street, New York, NY,

10007 on the 27th day of June, 2008 at ~~o'clock in the~~ noon

~~forenoon/afternoon~~ of that day or as soon thereafter as the parties can be heard, to show cause

why a Default Judgment and Order should not be entered against Armored Inc. and in favor of

plaintiffs, confirming an arbitration award dated February 25, 2008 against the Defendant, and

awarding attorneys' fees and costs arising out of this action.   ~return receipt requested~

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5:00__ P.M. on the _6th_ day of ___June___, 2008 be deemed good and sufficient service;

answering papers, if any, shall be served and filed on or before __June 23,__ 2008;

courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
   _June 2_, 2008

_____
Honorable Denise L. Cote
United States District Judge