UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          08 CV 4255 (DLC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY           ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN         **AFFIDAVIT OF COUNSEL**
RETRAINING, EDUCATIONAL AND INDUSTRY             **IN SUPPORT OF ORDER**
FUND, NEW YORK CITY DISTRICT COUNCIL OF          **TO SHOW CAUSE**
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND
and THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL
J. FORDE, and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

                              Plaintiffs,

              -against-

ARMORED INC.,

                              Defendant.
------------------------------------------------------------------------------X
STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

        ANDREW GRABOIS, Esq. being duly sworn, deposes and says,

        1.      I am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for

plaintiffs ("Funds") in the above captioned action.  I am familiar with all the facts and

circumstances in this action.

        2.      I submit this affidavit in support of plaintiffs' application for an order directing

Armored Inc. ("Defendant") to show cause why a default judgment should not be entered in

favor of plaintiffs, confirming an arbitration award against the Defendant, dated February 25, 2008.

3.    Upon information and belief Defendant is a corporation and not an infant, in the military or an incompetent.

4.    Subject matter jurisdiction of this action is based upon Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185, Sections 502(a)(3)(B)(ii), (d)(1), (e) and (g) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1132(a)(3)(B)(ii), (d)(1), (e) and (g), Section 515 of ERISA, 29 U.S.C. §1145, and Section 9 of the Federal Arbitration Act, 9 U.S.C. §9.  Personal jurisdiction is based upon Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2).

5.    Plaintiffs brought this action to compel the production of Defendant's books and records pursuant to a collective bargaining agreement ("Agreement") between the Defendant and the District Council for New York City and Vicinity, United Brotherhood of Carpenters and Joiners of America.

6.    Defendant has failed to furnish these records for the purpose of conducting an audit to ensure compliance with required benefit fund contributions as required under the Agreement.

7.    Pursuant to the arbitration clause of the Agreement, the dispute was submitted to arbitration to Robert Herzog, the duly designated impartial arbitrator.  Thereafter, upon due notice to all parties, the arbitrator held a hearing and rendered his award, in writing, dated February 25, 2008 determining said dispute. (A copy is annexed hereto as Exhibit "A"). Upon information and belief, a copy of the award was sent to the defendant.

8.    The arbitrator found that Armored Inc. had failed to comply with the Agreement

as it relates to paying fringe benefit monies and directed it to furnish the Plaintiffs with any and all books and records, for the period of April 27, 2007 through February 25, 2008 including but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls.

9.    The arbitrator also found that Armored Inc. was required to pay the funds a total sum of $2,350.00 pursuant to the Agreement, representing costs incurred in the arbitration.

10.    The defendant has failed to abide by the award.

11.    The award has not been vacated or modified and no application for such relief is currently pending or has been made.

12.    Plaintiffs commenced this action on May 5, 2008 by filing a summons and complaint. (A copy is annexed hereto as Exhibit "B"). Plaintiffs subsequently served the summons and complaint together with the Judge's rules upon Defendant by delivering one (1) true copy of the same to the Secretary of the State of New York on May 8, 2008, pursuant to Section 307 of New York Business Corporation Law and an affidavit of service was filed with the Court on May 15, 2008 (A copy is annexed hereto as Exhibit "C"). Plaintiffs completed service by mailing one (1) true copy thereof by registered mail with return receipt requested at the last known address of the corporation known to the plaintiffs on May 6, 2008 and an affidavit of service was filed with the Court on May 15, 2008. (A copy is annexed hereto as Exhibit "D").

13.    This action is timely as it was filed within one year statute of limitations applicable to a petition to confirm an arbitrator's award.

14.    Defendant has failed to answer or appear or move with respect to the complaint and the time to do so has expired. (A copy of the Clerk's Certificate is annexed hereto as Exhibit "E").

15.    Plaintiffs seek a default judgment against Defendant and in favor of plaintiffs as follows:

    a.    confirming the arbitrator's award;

    b.    ordering Armored Inc. and its officers to make available to the Plaintiffs or authorized representatives any and all books and records deemed necessary to conduct an audit including, but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls for the period April 27, 2007 through February 25, 2008;

    c.    awarding judgment for the plaintiffs and against Defendant in the principal amount of $2,350.00;

    d.    attorneys' fees and costs arising out of this action as determined by the court. (An Affidavit of Services is annexed hereto as Exhibit "F" and a proposed Default Judgment is annexed hereto as Exhibit "G");

    e.    such other and further relief as this Court may deem just and proper.

 

ANDREW GRABOIS (AG 3192)

Sworn to before me this
2nd day of June, 2008

NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20_10_

4

**ORIGINAL**

OFFICE OF THE IMPARTIAL ARBITRATOR
---------------------------------------------X
In The Matter Of The Arbitration

       between

New York City District Council of Carpenters
Pension Fund, New York City District Council of
Carpenters Welfare Fund, New York City
District Council of Carpenters Vacation Fund,
New York City District Council of Carpenters
Annuity Fund, New York City District Council        **DEFAULT**
of Carpenters Apprenticeship, Journeyman
Retraining, Educational and Industry Fund,          **AWARD**
New York City District Council of Carpenters
Charity Fund, United Brotherhood of Carpenters
and Joiners of America Fund and The New York
City and Vicinity Carpenters Labor-Management
Corporation, by Michael J. Forde and Paul
O'Brien, as Trustees
                 And
Michael J. Forde, as Executive Secretary-
Treasurer, District Council for New York City
and Vicinity, United Brotherhood of Carpenters
and Joiners of America

              (Petitioners)

    -and-

ARMORED INC.
          (Employer)
---------------------------------------------X
BEFORE:  Robert Herzog, Esq.


      Armored Inc. (hereinafter referred to as the "Employer") and

the District Council of New York City and Vicinity of the United

Brotherhood of Carpenters and Joiners of America, are parties to the

Independent New Jersey Dock Builder Collective Bargaining Agreement,

dated May 1, 2002 and the Interim Compliance Agreement, effective

May 1, 2007, providing for arbitration of disputes before the

undersigned Arbitrator as Impartial Arbitrator, and in which the
Employer has therein agreed, for the duration of the agreements, to
pay contributions toward employee benefit funds (hereinafter
collectively referred to as the "Funds").  The Petitioners, as
beneficiaries of the Collective Bargaining Agreements, have standing
before the Arbitrator.  In accordance therewith, the Petitioners, by
a December 18, 2007 Notice of Intention to Arbitrate, demanded
arbitration.  The Petitioners alleged the Employer failed to permit
the Funds to conduct an audit of its books and records for the
period of April 27, 2007 through to date to determine whether it is
in compliance with its obligation to contribute to the Funds.  A
Notice of Hearing dated January 18, 2008 advised the Employer and
the Petitioners that the arbitration hearing was scheduled for
February 19, 2008.

   The Notice of Hearing was sent to the Employer by regular and
certified mail.  A United States Postal Service Certified Mail
Return Receipt evidences delivery of the Notice of Hearing to the
Employer.

   On February 19, 2008, at the place and time designated by the
aforesaid Notice of Hearing, Steven Kasarda, Esq. appeared on behalf
of the Petitioners.  Despite the Employer having been sent notice of
the proceeding and the claim against it, no appearance on its behalf
was made.  Also, no written, mutually agreed upon waiver by the
parties to adjourn the proceeding, as required by the Collective

Bargaining Agreements, was presented.  The arbitration proceeded as a Default Hearing.  Full opportunity was afforded the parties present to be heard, to offer evidence, and to examine witnesses. The Petitioners thereupon presented their proofs to the Arbitrator.

The uncontroverted testimony and evidence established that:

- During the April 27, 2007 to date period, the Employer was bound to Collective Bargaining Agreements with the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America.

- The Collective Bargaining Agreements obligated the Employer to make certain payments to Fringe Benefit Trust Funds on behalf of all its employees in the Heavy Construction Dockbuilding Marine and Foundation field pursuant to schedules set forth in the Agreements.

- The Collective Bargaining Agreements authorized the Funds to conduct an audit of the Employer's books and records in order to verify that all the required contributions were made to each of the aforesaid Fringe Benefit Trust Funds maintained by the Funds.

- In accordance with this auditing provision, an accountant, employed by the Funds, sought to conduct an audit of the Employer's books and records.  In violation of this auditing provision, the Employer did not consent to an audit of the Employer's books and records.

3

### AWARD

Based upon the substantial and credible evidence of the case as a whole:

1. Armored Inc. is in violation of the terms of the Collective Bargaining Agreement;

2. Armored Inc. is ordered to permit and facilitate the Funds conducting an audit of its books and records for the period of April 27, 2007 through to date to determine whether it is in compliance with its obligations to contribute to the Funds;

3. Armored Inc. shall pay to the Funds forthwith the Petitioners' counsel's fees, the undersigned Arbitrator's fee, and all associated court costs in the following amounts:

|                    |          |
|--------------------|----------|
| Court Costs        | $  350.00 |
| Attorney's Fee     | 1,500.00 |
| Arbitrator's Fee   | 500.00   |
|                    |          |
| TOTAL              | $2,350.00 |

4. Armored Inc. shall pay to the District Council Carpenters Benefit Funds the aggregate amount of two thousand three hundred fifty dollars ($2,350.00) with interest to accrue at the rate of 10% from the date of this Award.

Dated: February 25, 2008

Robert Herzog
Arbitrator

4

State of New York  )
County of Rockland )


    I, Robert Herzog, do hereby affirm upon my oath as Arbitrator
that I am the individual described in and who executed this
instrument, which is my Award.

Robert Herzog
Arbitrator

Dated: February 25, 2008


To:  Armored Inc.
    Attn: Mr. George Coyne, Jr., President
    34 Chapel Avenue
    Jersey City, New Jersey 07305

    Steven Kasarda, Esq.
    New York City District Council Carpenters Benefit Funds
    395 Hudson Street
    New York, New York 10014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA FUND and THE NEW YORK CITY
AND VICINITY CARPENTERS LABOR-MANAGEMENT
CORPORATION, by MICHAEL J. FORDE, and PAUL
O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE, as
EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,



**SUMMONS**

                                        Plaintiffs,

            -against-

ARMORED INC.,

                                        Defendant.
-------------------------------------------------------------------------X
TO:

        Armored Inc.
        34 Chapel Avenue
        Jersey City, NJ 07305

**YOU ARE HEREBY SUMMONED** and required to file with the clerk of this court and serve upon

        O'DWYER & BERNSTIEN, LLP
        52 Duane Street
        New York, New York 10007
        (212) 571-7100

an answer to the complaint which is herewith served upon you, within **30 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**J. MICHAEL McMAHON**                    MAY 0 5 2008

CLERK                                      _____
                                           DATE
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND and
THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL
J. FORDE, and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

**COMPLAINT**

                                                    Plaintiffs,

          -against-

ARMORED INC.,

                                                    Defendant.
------------------------------------------------------------------------------X

          Plaintiffs ("Benefit Funds"), by their attorneys O'Dwyer & Bernstien, LLP, for their

Complaint allege as follows:

## NATURE OF THE CASE

          1.          This is an action to confirm and enforce an Arbitrator's Award rendered pursuant

to a collective bargaining agreement ("Agreement") between The District Council of New York

City and Vicinity of the United Brotherhood of Carpenters and Joiners of America ("Union") and

Armored Inc. ("Employer").

## JURISDICTION

2.      This Court has jurisdiction over this proceeding pursuant to section 301 of the

Labor Management Relations Act ("LMRA"), 29 U.S.C. §185, sections 502(a)(3)(B)(ii), (d)(1),

(e) and (g) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C.

§§1132(a)(3)(B)(ii), (d)(1), (e) and (g), section 515 of ERISA, 29 U.S.C. §1145, and section 9 of

the Federal Arbitration Act, 9 U.S.C. §9.

3.      Personal jurisdiction is based upon Section 502(e)(2) of ERISA, 29 U.S.C.

§1132(e)(2).

## VENUE

4.      Venue is proper in this district in that Plaintiffs' offices are located in this district.

## PARTIES

5.      At all times relevant herein the Plaintiffs were jointly administered, multi-

employer, Taft-Hartley Benefit Funds administered by trustees designated by a union and by

employers, established and maintained pursuant to section 302(c)(5) of the LMRA, 29 U.S.C.

§186(c)(5).  Plaintiffs Forde and O'Brien are fiduciaries of the Benefit Funds within the meaning

of ERISA sections 3(21) and 502, 29 U.S.C. §§1002(21) and 1132.

6.      The Benefit Funds are employee benefit plans within the meaning of sections 3(1)

and (3) of ERISA, 29 U.S.C. §1002(1) and (3) and are maintained for the purposes of providing

health, medical and related welfare benefits, pension and other benefits to eligible participants

and beneficiaries on whose behalf they receive contributions from numerous employers pursuant

to collective bargaining agreements between the employers and the Union.

7.      Upon information and belief defendant is a foreign corporation incorporated

under laws of the State of New Jersey with a principal place of business located at 34 Chapel

Avenue, Jersey City, NJ 07305.

8.     The defendant is an employer within the meaning of section 3(5) of ERISA, 29 U.S.C. §1002 (5).

## FIRST CLAIM FOR RELIEF

9.     Defendant was bound at all relevant times by a collective bargaining agreement with the Union, which, by its terms, became effective May 1, 2002.  Said Agreement provides, inter alia, that the defendant shall furnish its books and payroll records when requested by the Benefit Funds for the purpose of conducting an audit to ensure compliance with required benefit fund contributions and for the submission of disputes to final, binding arbitration.

10.     A dispute arose during the period of the Agreement between the parties when the Employer failed to comply with the Benefit Funds' demands to furnish its books and records for the purpose of conducting an audit.

11.     Pursuant to the arbitration clause in the Agreement, the dispute was submitted to arbitration to Robert Herzog, the duly designated impartial arbitrator.

12.     Thereafter, upon due notice to all parties, the arbitrator duly held a hearing and rendered his award, in writing, dated February 25, 2008 determining said dispute.  Upon information and belief, a copy of the award was delivered to the defendant (A copy of the award is annexed hereto as Exhibit "A" and made part hereof).

13.     The arbitrator found that defendant had failed to comply with the Agreement as it relates to paying fringe benefit monies and directed it to furnish the Plaintiffs with any and all books and records, for the period of April 27, 2007 through February 25, 2008 including but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls.

3

14.    The arbitrator also found that defendant was required to pay the funds a sum of $2,350.00 pursuant to the Agreement, representing costs incurred in the arbitration.

15.    The defendant has failed to abide by the award.

WHEREFORE, Plaintiffs demand judgment against defendant as follows:

1.    For an order confirming the arbitration award in all respects;

2.    For entry of judgment in favor of the Plaintiffs ordering defendant and its officers to make available to the Plaintiffs or authorized representatives any and all books and records deemed necessary to conduct an audit including, but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls for the period April 27, 2007 through February 25, 2008.

3.    For entry of judgment in favor of the Benefit Funds and against Armored Inc. ordering defendant to pay the Benefit Funds a total sum of $2,350.00 with interest to accrue at the rate of 10% from the date of the award, pursuant to the arbitrator's award.

4.    For attorneys' fees and costs of this action;

5.    For such other and further relief as this court may deem just and proper.

Dated:  New York, New York
        May 5, 2008

ANDREW GRABOIS (AG 3192)
O'Dwyer & Bernstien, LLP
Attorneys for Plaintiffs
52 Duane Street
New York, NY 10007
(212) 571-7100

4

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 4255                                Purchased/Filed: May 5, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Funds, et al*          Plaintiff

against

*Armored Inc.*                                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 8, 2008 _____ , at ___2:00pm___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits and Judges Rules

on

_____ Armored Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___307 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___28___   Approx. Wt: ___200___   Approx. Ht: ___6'0"___

Color of skin: ___White___   Hair color: ___Brown___   Sex: ___M___   Other: _____

Sworn to before me on this

__12th__ day of _____ May, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0804525

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

STATE OF NEW YORK    )

                                      SS.:

COUNTY OF NEW YORK  )

      IAN K. HENDERSON, being sworn, says:  I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.  On the 6th day of May, 2008, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:    Armored Inc.
        34 Chapel Avenue
        Jersey City, NJ 07305

                                                _____
                                                IAN K. HENDERSON

Sworn to before me this
6th day of May, 2008

_____
NOTARY PUBLIC

            ROSA FALLON
        Commissioner of Deeds
    City of New York - No. 2-12032
      Qualified in Kings County
Commission Expires Jan 01, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS WELFARE FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND
and THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL J.
FORDE, and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J.
FORDE, as EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA,

08 CV 4255 (DLC)
ECF CASE

**CLERKS
CERTIFICATE**

                                                    Plaintiffs,

                        -against-

ARMORED INC.,

                                            Defendant.
-------------------------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that this action commenced on May 5, 2008 by filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant, Armored Inc., on

May 8, 2008, by delivering one (1) true copy thereof to Chad Matice, an authorized clerk in the Office of the

Secretary of State of the State of New York, and proof of service being filed on May 15, 2008, and by

registered mail to Armored Inc., 34 Chapel Avenue, Jersey City, NJ 07305 on May 6, 2008, and proof of

service being filed on May 15, 2008.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise

moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:    _Jun  2, 2008_
          New York, New York

                                    **J. MICHAEL MCMAHON**
                                    Clerk of the Court

                        By: _____
                                    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                          08 CV 4255 (DLC)
DISTRICT COUNCIL OF CARPENTERS                        ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL          **AFFIDAVIT OF**
AND INDUSTRY FUND, NEW YORK CITY            **SERVICES**
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

                              Plaintiffs,

                 -against-

ARMORED INC.,

                              Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK          )
                           :SS.:
COUNTY OF NEW YORK         )


        ANDREW GRABOIS, being duly sworn, deposes and says:

        1.  I am a member of the Bar of this Court and am associated with the firm of O'Dwyer &

Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant

application for default judgment and order.

2.  On May 5, 2008, Ian Henderson, a paralegal in this office, drafted a complaint, cover sheet and other required documents and prepared them for filing.  He spent 1.0 hours on this matter at a billing rate of $200.00 per hour, for a total of $200.00 in attorneys' fees.

3.  On May 5, 2008, your deponent reviewed and finalized the aforementioned documents.  I spent 0.5 hours on this matter at a billing rate of $350.00 per hour for a total of $175.00 in attorneys' fees.

4.  On May 5, 2008, Mr. Henderson prepared and filed the aforementioned documents with the Clerk of the Court and on the Electronic Case Filing system.  He spent 1.0 hours on this matter at a billing rate of $200.00 per hour, for a total of $200.00 in attorneys' fees.

5.  On May 6, 2008, Mr. Henderson prepared and mailed the aforementioned documents for service through the Department of State.  He spent 0.5 hours on this matter at a billing rate of $200.00 per hour for a total of $100.00 in attorneys' fees.

7.  On May 6, 2008, Mr. Henderson prepared and mailed the aforementioned documents for service of process by registered mail.  He spent 1.0 hours on this matter at a billing rate of $200.00 per hour for a total of $200.00 in attorneys' fees.

8.  On May 15, 2008, Rich Gage, a paralegal in this office, prepared and filed the affidavits of service with the Court and on the ECF system.  He spent 1.0 hours on this matter at a billing rate of $125.00 per hour for a total of $125.00 in attorneys' fees.

9.  On June 2, 2008, Mr. Gage prepared the default documents, including a proposed default judgment and affidavit of services rendered.  He spent a total of 4.0 hours on this matter.  The billing rate for matters of this nature is $125.00 per hour for a total of $500.00 in attorneys' fees.

10.  On June 2, 2008, your deponent reviewed and finalized the aforementioned default documents over 0.5 hours, at a billing rate of $350.00 per hour for a total of $175.00 in attorneys' fees.

11.  The cost of the process server to effectuate service of process was $74.00.

2

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,675.00 and costs arising out of this action in the amount of $74.00 for a total of $1,749.00.

ANDREW GRABOIS (AG 3192)

Sworn to before me this
2nd day of June, 2008

NOTARY PUBLIC

**ROSA FALLON**
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20/0

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS                           08 CV 4255 (DLC)
ANNUITY FUND, NEW YORK CITY DISTRICT                     ECF CASE
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL                       **DEFAULT JUDGMENT**
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
CORPORATION, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

                                        Plaintiffs,

                -against-

ARMORED INC.,

                                        Defendant.
-----------------------------------------------------------------------X

      This action having been commenced on May 5, 2008 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the Defendant Armored

Inc. on May 8, 2008 by delivering one (1) true copy of the same to the Secretary of the State of New

York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having

been filed on May 15, 2008, and by registered mail on May 6, 2008, and a proof of service having been

filed on May 15, 2008, and the defendant not having answered the Complaint, and the time for

answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on June 2, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,749.00 for a total of $4,099.00 and that Armored Inc. and its officers are ordered to produce any and all books and records relating to Armored Inc. for the period of April 27, 2007 through February 25, 2008.


Dated: _____
       New York, New York


                                        _____
                                        Honorable Denis L. Cote
                                        United States District Judge

                                        This document was entered on the docket
                                        on _____.

2

STATE OF NEW YORK      )
                               :SS.:
COUNTY OF NEW YORK   )

RICH GAGE, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.  On the 2nd day of June, 2008, I served Plaintiffs' **ORDER TO SHOW CAUSE** and **SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, certified mail, return receipt requested, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:


TO:     Armored Inc.
        34 Chapel Avenue
        Jersey City, New Jersey 07305


                                                                RICH GAGE


Sworn to before me this
2nd day of June, 2008


NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20_10_