UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
CORPORATION, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

08 CV 4255 (DLC)
ECF CASE

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

                        Plaintiffs,

-against-

ARMORED INC.,

                        Defendant.
------------------------------------------------------------------X

This action having been commenced on May 5, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant Armored Inc. on May 8, 2008 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on May 15, 2008, and by registered mail on May 6, 2008, and a proof of service having been filed on May 15, 2008, and the defendant not having answered the Complaint, and the time for

answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on June 2, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,749.00 for a total of $4,099.00 and that Armored Inc. and its officers are ordered to produce any and all books and records relating to Armored Inc. for the period of April 27, 2007 through February 25, 2008.

Dated: *June 27, 2008*
New York, New York

*Denise Cote*
Honorable Denise L. Cote
United States District Judge

This document was entered on the docket on _____.